UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Dr. Tahira Mirza,

                Platintiff(s),                ORDER

        -against-

                                                              20 Civ. 556 (PKC)

Orange Regional Medical Center,

                Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

Due to the COVID-19 situation, conferences with the Court in civil cases through April 17, 2020 will be held by teleconferencing. Each scheduled conference will take place on the date and time originally set.

No later than forty-eight hours before the conference, plaintiff's counsel shall:

(a) contact all defendants' counsel to provide defense counsel with call-in information;

(b) email the call-in information to castelnysdchambers@nysd.uscourts.gov; and

(c) for an initial pretrial conference, email a copy of the agreed upon Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
          March 13, 2020