Tahira F. Mirza, MD
221 Trumbull Street, #2201
Hartford, CT, 06103
tahirafmirza@yahoo.com
Tel: 217-494-7801

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Court Room 12 D
New York, NY 10007-1312

> As discussed on the record during the telephone conference held yesterday, a brief and tight discovery schedule will be entered at the next conference. That telephone conference is scheduled for December 21, 2020 at 2:00 p.m.
>
> The Case Management Conference previously scheduled for December 1, 2020 at 2:00 p.m. is canceled.
>
> The Clerk of the Court is respectfully directed to terminate the pending motion sequence at Doc. 66.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>        November 10, 2020

**Re:** *Mirza v. Orange Regional Medical Center et al,*, **No: 7:20-cv-00556(PMH)**
  **Letter Motion to Stay Discovery and for Adjournment of Conferences due to Family Emergency with COVID-19.**

Dear Judge Halpern:

Pursuant to Rule 1.C of Your Honor's Individual Practices for Civil Cases, I write as the Plaintiff to respectfully submit this request to stay discovery and for an adjournment of conferences as my father is critically ill with Covid-19 and has been hospitalized overseas. My mother has also fallen ill with Covid-19.

I am urgently needed overseas to care for them and must respectfully request a stay of the case, including an adjournment of the telephone conferences that have been set for November 9, 2020, and the case management conference scheduled for December 1, 2020, until I am able to return to the United States. I ask that Your Honor grant me permission to resume the case upon my return. I will report to the Court the status of my return to the United States in 3-4 weeks' time. Again, I have been compelled to make this request due to the pandemic.

Pursuant to Rule 1.C of Your Honor's Individual Practices for Civil Cases, I submit the following information:

(1) The original dates are as follows for conferences are November 9, 2020, and December 1, 2020. The discovery conclusion date that has been set forth by Your Honor is December 31, 2020.
(2) The request for adjournment of conferences and stay is being made due to my family emergency.

Hon. Philip M. Halpern
November 6, 2020

    (3) Plaintiff has made one prior request for an extension of time, which was made on October 9, 2020.
    (4) The aforementioned request for an extension of time was denied by the Court on October 19, 2020.

    I contacted defendants on November 5, 2020 to inform them of this issue and the urgency thereof, and to inquire whether they would agree to the aforementioned stay and adjournment. I have not yet heard from them.

    Therefore, and in light of the urgency of my father's critical condition, I am respectfully submitting this request to stay discovery and an adjournment the upcoming conferences in this matter. I remain available to answer any questions the court may have.

    Respectfully Submitted,

    Tahira F. Mirza, MD.
    /s/Tahira F. Mirza
    Plaintiff.
    221 Trumbull Street, #2201
    Hartford, CT, 06013.
    Tel: 217-494-7801
    Email: tahirafmirza@yahoo.com

Cc: John Cigno, Arin Liebman, Joseph Saccomano, Counsel for defendants