UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TAHIRA MIRZA, M.D.,

                Plaintiff,

    -against-                              20 CIVIL 556 (PMH)

## JUDGMENT

GARNET HEALTH (f/k/a GREATER HUDSON
VALLEY HEALTH SYSTEM, INC,), et al.,

                Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 17, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 17, 2022

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                        BY:
                                                **Deputy Clerk**